IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-00431-01-CR-W-DW |
| | ) | |
| MEIGEL M. CRADDOCK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Report and Recommendation (Doc. 26) submitted by Magistrate Judge Robert E. Larsen regarding Defendant's Motion to Suppress Evidence with Suggestions (Doc. 17). Defendant filed Objections to the Magistrate's Report and Recommendation (Doc. 37). Pursuant to Rule 59(b)(3) of the Federal Rules of Criminal Procedure, the district judge must consider de novo any objection to the magistrate judge's recommendation. After an independent review of the record, the applicable law, and Defendant's objections, the Court adopts the Magistrate's findings of fact and conclusions of law and accepts the recommendation.

Accordingly, IT IS ORDERED that:

1) The Magistrate Judge's Report and Recommendation (Doc. 26) be attached to and made a part of this Order; and

2) Defendant's Motion to Suppress Evidence (Doc. 17) is DENIED.

SO ORDERED.

Date: July 30, 2014        _____/s/ Dean Whipple_____
                            Dean Whipple
                            United States District Judge