IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-00431-01-CR-W-DW |
| | ) | |
| MEIGEL M. CRADDOCK, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Report and Recommendation (Doc. 59) submitted by Magistrate Judge Robert E. Larsen regarding Defendant's Motion to Dismiss Indictment (Doc. 50). Defendant has filed Objections (Doc. 66) to the Report and Recommendation. After an independent review of the record, the objections, and the applicable law, the Court adopts the Magistrate's findings of fact and conclusions of law and accepts the recommendation.

Accordingly, IT IS ORDERED that:

1) The Magistrate Judge's Report and Recommendation (Doc. 59) be attached to and made a part of this Order; and

2) Defendant's Motion to Dismiss Indictment (Doc. 50) is DENIED.

SO ORDERED.

Date: January 8, 2015            _____/s/ Dean Whipple_____
                                              Dean Whipple
                                     United States District Judge